| Fill in this information to identify the case: |  |
|---|---|
| Debtor 1 | Idanie Joseph |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: Eastern District of Pennsylvania | |
| Case number | 22-10980 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

**12/25**

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount.  File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** HSBC Bank USA, National Association as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates, Series 2007-1

**Last 4 digits** of any number you use to identify the debtor's account:   2732

**Uniform Claim Identifier:**   WFCMGE2210980PAE43912732

**Court claim no.** (if known):   1

**Date of payment change:**
Must be at least 21 days after date of this notice   06/01/2026

**New total payment:**   $464.67
Principal, interest, and escrow, if any
*For HELOC payment, amounts, see Part 3*

## Part 1:   Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☐ No

☑ Yes   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.

Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment:   $235.26        New escrow payment:   $213.28

## Part 2:   Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☑ No

☐ Yes   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.

If a notice is not attached, explain why:

Current interest rate:                          New interest rate:

Current principal and interest payment:                          New principal and interest payment:

Debtor 1   Idanie Joseph _____   Case number (if known)   22-10980
          First Name      Middle Name      Last Name

| **Part 3:** | **Annual HELOC Notice** |
|---|---|

**3. Will there be a change in the debtor's home-equity line-of-credit (HELOC) payment for the year going forward?**

☑ No

☐ Yes

Current HELOC payment: _____

Reconciliation amount:   + _____ or

                         - _____

Amount of next payment (including reconciliation amount)   _____

Amount of the new payment thereafter (without reconciliation amount)   _____

| **Part 4:** | **Other Payment Change** |
|---|---|

**4. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No

☐ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: _____

Current mortgage payment: _____   New mortgage payment: _____

The CM/ECF system imposes certain constraints, including limits on the number of characters that may be entered into certain fields, when filing a proof of claim. As a result of these constraints and limitations, the creditor name that appears on the bankruptcy court's claims register (and any supplemental proof of claim) may differ from the creditor name that appears on the actual proof of claim form.

| **Part 5:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Mark Cardenas _____   Date   04/13/2026
  - As Authorized Filing Agent For Wells Fargo Bank, N.A.

  Approved By:

Print: Lindsay White _____   Title   VP Loan Documentation
      First Name    Middle Name    Last Name

Company   Wells Fargo Bank, N.A.                    Specific Contact Information:
Address   MAC N9286-01Y                             P: 800-274-7025
          P.O. Box 1629                             E: NoticeOfPaymentChangeInquiries@wellsfargo.com
          Minneapolis, MN 55440-9790



**WELLS FARGO**

For Returned Mail Purposes Only
**Return Mail Operations**
PO Box 5284
Sioux Falls, SD 57117-5284

Escrow Review Statement
*For informational purposes only*



| | |
|---|---|
| **Statement Date:** | April 8, 2026 |
| **Loan number:** | ████ |
| **Property address:** | |

4029  LAWNDALE ST
PHILADELPHIA PA 19124

IDANIE JOSEPH
4029 LAWNDALE ST
PHILADELPHIA PA 19124-5223

## Customer Service



**Online**
wellsfargo.com

**Telephone**
1-800-340-0473

**Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

**To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only.  The informational summaries below are based on the terms of the loan.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:

- **Required Minimum Balance:** The escrow account balance is projected to fall below the required minimum balance. This means there is a **shortage**.

- **Payments:** As of the **June 1, 2026** payment, the escrow portion of the payment **decreases**.

> The escrow account has a shortage of
> **$6.75**

# Part 1 - Mortgage payment

## Option 1    Pay the shortage amount over 12 months

| | Previous payment through 05/01/2026 payment date | New payment beginning with the 06/01/2026 payment |
|---|---|---|
| **Principal and/or interest** | $251.39 | $251.39 |
| **Escrow payment** | $235.26 | $213.28 |
| **Total payment amount** | $486.65 | $464.67 |

### Option 1: No action required

Starting **June 1, 2026** the new payment amount will be **$464.67**

## Option 2    Pay the shortage amount of $6.75

| | Previous payment through 05/01/2026 payment date | New payment beginning with the 06/01/2026 payment |
|---|---|---|
| **Principal and/or interest** | $251.39 | $251.39 |
| **Escrow payment** | $235.26 | $212.72 |
| **Total payment amount** | $486.65 | $464.11 |

### Option 2: Pay shortage in full

Starting **June 1, 2026** the new payment amount will be **$464.11**

**See the following pages for more detail.**



**WELLS FARGO**

*If you are in an active bankruptcy case or have received a discharge under the United States Bankruptcy Code, this coupon is being provided for informational purposes only. If your Chapter 13 plan calls for your Chapter 13 Trustee to make the on-going post-petition mortgage payments, please contact your attorney or the Trustee's office before directly sending any amounts relating to this escrow shortage.*

IDANIE JOSEPH

Wells Fargo Home Mortgage
PO Box 77001
Minneapolis, MN 55480-7701

If you choose to pay the shortage in full as referenced in Option 2, you may make the payment any of the following ways:

- Online: Access this account at wellsfargo.com and schedule a payment by placing the entire shortage amount of **$6.75** in the 'Additional escrow' field.
- Phone: Use the Telephone number provided in the Customer Service section above.
- Mail: Detach this coupon and mail it along with a check for **$6.75** to the address that appears on this coupon.

**The entire amount must be paid prior to making the  June 1, 2026 payment.**

708 ████████ 8 10 02 00048665 00046411 00049340 00000675 4

## Part 2 - Payment calculations

For the past review period, the amount of the escrow items was $863.68. For the coming year, we expect the amount paid from escrow to be $2,552.68.

### How was the escrow payment calculated?

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

### Escrow comparison

| | 06/24 - 05/25 (Actual) | 06/25 - 05/26 (Actual) | 02/26 - 04/26 (Actual) | 06/26 - 05/27 (Projected) | | # of months | | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $950.46 | $863.68 | $863.68 | $863.68 | ÷ | 12 | = | $71.97 |
| Property insurance | $1,606.00 | $1,689.00 | $0.00 | $1,689.00 | ÷ | 12 | = | $140.75 |
| Total taxes and insurance | $2,556.46 | $2,552.68 | $863.68 | $2,552.68 | ÷ | 12 | = | $212.72 |
| Escrow shortage | $170.69 | $301.84 | $183.63 | $6.75 | ÷ | 12 | = | $0.56** |
| Total escrow | $2,727.15 | $2,854.52 | $1,047.31 | $2,559.43 | ÷ | 12 | = | $213.28 |

**This amount is added to the payment if Option 1 on page 1 is selected.

### Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | | |
|---|---|---|---|
| Lowest projected escrow balance March 2027 | | $393.90 | (Calculated in Part 4 - Escrow account projections table) |
| Bankruptcy adjustment‡ | + | $24.80 | |
| Minimum balance for the escrow account† | - | $425.45 | |
| **Escrow shortage** | = | -$6.75 | |

‡This adjustment of $24.80, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

†The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance as allowed by state laws and/or the mortgage contract. This account is set to a 2 month cash reserve amount. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 6.

## Part 3 - Escrow account history

### Escrow account activity from November 2025 to May 2026

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|------|--------|-----------|------------|--------|-----------|------------|-------------|--------|-----------|------------|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Nov 2025 | | | | | | | Starting Balance | $248.04 | | |
| Dec 2025 | $238.19 | | | $0.00 | | | | $486.23 | | |
| Jan 2026 | $255.79 | | | $0.00 | | | | $742.02 | | |
| Feb 2026 | $235.26 | $219.96 | $15.30 | $863.68 | $0.00 | $863.68 | PHILADELPHIA CITY | $113.60 | $1,170.41 | -$1,056.81 |
| Mar 2026 | $235.26 | $219.96 | $15.30 | $0.00 | $950.46 | -$950.46 | PHILADELPHIA CITY | $348.86 | $439.91 | -$91.05 |
| Apr 2026 | $235.26 | $219.96 | $15.30 | $0.00 | $0.00 | $0.00 | | $584.12 | $659.87 | -$75.75 |
| May 2026 (estimate) | $235.26 | $219.96 | $15.30 | $0.00 | $0.00 | $0.00 | | $819.38 | $879.83 | -$60.45 |
| Totals | $1,435.02 | $879.84 | $61.20 | $863.68 | $950.46 | -$86.78 | | | | |

If the activity contains (estimate), then "deposits to" or "payments from" escrow or both are estimated amounts that have not actually occurred.

## Part 4 - Escrow account projections

### Escrow account projections from June 2026 to May 2027

| Date | Payments to escrow | What we expect to pay out | Description | Projected escrow balance | Balance required in the account |
|------|--------|--------|-------------|--------|--------|
| May 2026 | | | Starting balance | $819.38 | $850.93 |
| Jun 2026 | $212.72 | $0.00 | | $1,032.10 | $1,063.65 |
| Jul 2026 | $212.72 | $0.00 | | $1,244.82 | $1,276.37 |
| Aug 2026 | $212.72 | $0.00 | | $1,457.54 | $1,489.09 |
| Sep 2026 | $212.72 | $0.00 | | $1,670.26 | $1,701.81 |
| Oct 2026 | $212.72 | $0.00 | | $1,882.98 | $1,914.53 |
| Nov 2026 | $212.72 | $0.00 | | $2,095.70 | $2,127.25 |
| Dec 2026 | $212.72 | $1,689.00 | ERIE | $619.42 | $650.97 |
| Jan 2027 | $212.72 | $0.00 | | $832.14 | $863.69 |
| Feb 2027 | $212.72 | $0.00 | | $1,044.86 | $1,076.41 |
| Mar 2027 | $212.72 | $863.68 | PHILADELPHIA CITY | $393.90 | $425.45 |
| Apr 2027 | $212.72 | $0.00 | | $606.62 | $638.17 |
| May 2027 | $212.72 | $0.00 | | $819.34 | $850.89 |
| Totals | $2,552.64 | $2,552.68 | | | |

Wells Fargo Home Mortgage is a division of Wells Fargo Bank, N.A. Member FDIC. NMLSR ID 399801

EQUAL HOUSING LENDER

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          CASE NO.:    **22-10980**

**Idanie Joseph**                               CHAPTER:   **13**

        **Debtor(s).**

_____ /

**CERTIFICATE OF SERVICE**

I hereby certify that on or before April 14, 2026, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

**<u>SERVICE LIST</u>**

*Debtor:*                          *By U.S. Postal Service First Class Mail Postage Prepaid:*

Idanie Joseph
4029 Lawndale St
Philadelphia, PA 19124

*Debtor's Attorney:*               *By CM / ECF Filing:*

BRAD J. SADEK
Sadek Law Offices, LLC
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102

*Trustee:*                         *By CM / ECF Filing:*

*Trustee:*                     KENNETH E. WEST
                               Office of the Chapter 13 Standing Trustee
                               190 N. Independence Mall West
                               Suite 701
                               Philadelphia, PA 19106


                                             /s/ Mark Cardenas
                               ────────────────────────────────────
                               InfoEx, LLC
                               (as authorized agent for Wells Fargo Bank,
                               N.A.)